PER CURIAM.
Affirmed. See State v. Matthews, 891 So.2d 479 (Fla.2004); Ellis v. State, 762 So.2d 912 (Fla.2000); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Ward v. State, 946 So.2d 33 (Fla. 2d DCA 2006); O’Neal v. State, 862 So.2d 91 (Fla. 2d DCA 2003); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Cook v. State, 816 So.2d 773 (Fla. 2d DCA 2002); Anderson v. State, 779 So.2d 345 (Fla. 2d DCA 2000); Ellington v. State, 96 So.3d 1131 (Fla. 1st DCA 2012); Ives v. State, 993 So.2d 117 (Fla. 4th DCA 2008); Rangel v. State, 937 So.2d 1218 (Fla. 3d DCA 2006); State v. Garcia, 923 So.2d 1186 (Fla. 3d DCA 2006); Johnson v. State, 917 So.2d 1011 (Fla. 4th DCA 2006); Clayton v. State, 904 So.2d 660 (Fla. 5th DCA 2005); Fitzpatrick v. State, 884 So.2d 981 (Fla. 1st DCA 2004); Lynch v. State, 881 So.2d 93 (Fla. 1st DCA 2004); Gutierrez v. State, 854 So.2d 218 (Fla. 3d DCA 2003); Sampson v. State, 832 So.2d 251 (Fla. 5th DCA 2002); Edwards v. State, 743 So.2d 76 (Fla. 5th DCA 1999).
LaROSE, SLEET, and LUCAS, JJ., Concur.